NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VICTORIA MILLER,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3132

---

Petition for review of the Merit Systems Protection Board in No. AT3330130715-I-1.

---

**ON MOTION**

---

**O R D E R**

Victoria Miller moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          MILLER v. USPS

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24